# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MARIO ROQUE MONTES | CASE NO. 04cv1186 JM(CAB) |
|---|---|
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| EDWARD J. CADEN, Warden | |
| Respondent. | |

Having carefully considered Magistrate Judge Bencivengo's thorough and thoughtful Report and Recommendation ("R & R") regarding the denial of the petition for writ of habeas corpus; the record before the court; the absence of any objections to the R & R; and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the petition for writ of habeas corpus is denied. The court also denies Petitioner's prematurely filed motions as moot. On or about September 8, 2006 Petitioner filed motions to file a notice of appeal, to issue a certificate of appealability, and to stay the petition. Petitioner is advised that the time for filing a Notice of Appeal commences upon entry of judgment in the present case. See Fed.R.App.P. 4. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: October 19, 2006

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties